UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SPEARS, | Case No. 2:21-cv-01769-JDP (HC) |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |
| v. | |
| EL DORADO COUNTY JAIL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a), 1915(a). The court will give petitioner the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the appropriate filing fee.

In accordance with the above, it is hereby ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, either an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

1      3. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis*
2 form used by this district.

IT IS SO ORDERED.

Dated: ____October 4, 2021____    _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE