UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SPEARS, | Case No. 2:21-cv-01769-JDP (HC) |
| Petitioner, | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| EL DORADO COUNTY JAIL, | ECF No. 4 |
| Respondent. | |

Plaintiff, a former county inmate, has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*. ECF No. 4. However, her application does not indicate whether she has received any income or other funds over the past twelve months. *Id*. at 1. Without that information the court is unable to evaluate plaintiff's application.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's incomplete application to proceed *in forma pauperis*, ECF No. 4, is denied without prejudice.

2. Plaintiff is granted thirty days from the date of this order to file a properly completed application.

      3. Failure to timely submit a completed application will result in a recommendation that this action be dismissed.

      4. The Clerk of Court is directed to send plaintiff new form Application to Proceed In Forma Pauperis.

IT IS SO ORDERED.

Dated:   November 2, 2021                       _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE