UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SPEARS,<br><br>           Petitioner,<br><br>   v.<br><br>EL DORADO COUNTY JAIL,<br><br>           Respondent. | Case No. 2:21-cv-01769-JDP (HC)<br><br>ORDER DISCHARGING THE DECEMBER 28, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 6 |

Since petitioner has filed an application to proceed *in forma pauperis*, ECF No. 7, the court discharges its December 28, 2021 order to show cause, ECF No. 6. The court will, in due course, review petitioner's application to proceed *in forma pauperis* and screen her petition for writ of habeas corpus.

IT IS SO ORDERED.


Dated:   January 18, 2022                                   _____
                                                                                   JEREMY D. PETERSON
                                                                                   UNITED STATES MAGISTRATE JUDGE