UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SPEARS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>EL DORADO COUNTY JAIL,<br><br>　　　　　Respondent. | Case No. 2:21-cv-01769-JDP (HC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM<br><br>ECF No. 9<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　　On March 9, 2022, I screened petitioner's petition for writ of habeas corpus and notified her that her claims, which concern the conditions of her confinement, must be brought in a section 1983 action. ECF No. 9. I granted petitioner thirty days to file either an amended petition or a section 1983 complaint. *Id*. To date, petitioner has filed neither an amended petition nor a section 1983 complaint.

　　　　To manage its docket effectively, the court imposes deadlines and requires litigants to meet those deadlines. The court may dismiss a case for petitioner's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under

certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Petitioner will be given an opportunity to explain why the court should not dismiss his case for failure to file an amended petition. Petitioner's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this case. Accordingly, petitioner must show cause within twenty-one days of the date of entry of this order why the court should not dismiss his case for failure to prosecute and for failure to state a claim. Should petitioner wish to continue with this lawsuit, she shall also file, within twenty-one days, either an amended petition for writ of habeas corpus or a section 1983 complaint.

IT IS SO ORDERED.

Dated:    May 12, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2