UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SPEARS,<br><br>            Petitioner,<br><br>v.<br><br>EL DORADO COUNTY JAIL,<br><br>            Respondent. | Case No. 2:21-cv-01769-JDP (HC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

      On March 9, 2022, I screened Ms. Spears' petition for writ of habeas corpus, notified her that it failed to state a claim, and granted her thirty days to file an amended petition. ECF No. 9. Petitioner failed to timely file an amended petition. Accordingly, on May 13, 2022, I ordered petitioner to show cause within twenty-one days why this action should not be dismissed for her failure to prosecute and failure to state a claim. ECF No. 10. I notified her that if she wished to continue with this action she must file, within twenty-one days, an amended petition. *Id*. I also warned her that failure to comply with that order would result in a recommendation that this action be dismissed. *Id*.

      The deadline has passed, and petitioner has not filed an amended petition nor otherwise responded to the May 13, 2022 order. Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

Further, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and for failure to state a claim for the reasons set forth in the court's May 13, 2022 order. *See* ECF No. 10.

2. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   October 4, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE